IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CHIEF JAZZ ELYSE ESTELL EL ex rel. DANETTE ELYSE WHITAKER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:22-CV-48 |
| CITY OF GREENSBORO, N.C., et al., | ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

It is hereby **ORDERED AND ADJUDGED** that the defendants' motion to dismiss is **GRANTED** and this case is **DISMISSED** with prejudice.

This the 12th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE