UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

Chief Jazz Elyse Estell El )
ex rel. DANETTE ELYSE WHITAKER )
)
    Claimant, ) Case No.
    v. ) 1:2022cv00048
CITY OF GREENSBORO, N.C., et al ) **NOTICE OF DE NOVO**
) **APPEAL**
CHIEF BRIAN JAMES, acting in his official )
    capacity and individual capacity, )
)
OFFICER ANDREW MULDOWNEY, acting in his )
    capacity as CITY OF GREENSBORO, N.C. )
    officer and individual capacity, )
)
OFFICER J. FEDER, acting in his official capacity )
    as a CITY OF GREENSBORO, N.C. police )
    officer and individual capacity )
)
OFFICER D. STOLLINGS, acting in his official )
    capacity as a CITY OF GREENSBORO, N.C. )
    police officer and individual capacity )
)
    DEFENDANTS )

## NOTICE OF DE NOVO APPEAL

Notice is hereby given that the following party CHIEF Jazz Elyse Estell El, Claimant in the above-name case hereby appeal to the United States Court of Appeal for the Fourth Circuit from the final judgment entered on July 12th, 2022.

*Chief Jazz Elyse Estell El*
Chief Jazz Elyse Estell El
of the House of Estell an Aboriginal American Indian Nation
℅ 1852 Banking Street #9391
Greensboro, North Carolina

Case 1:22-cv-00048-CCE-JEP   Document 25   Filed 07/22/22   Page 1 of 1