FILED: December 12, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1790
(1:22-cv-00048-CCE-JEP)

CHIEF JAZZ ELYSE ESTELL EL, ex rel. Danette Elyse Whitaker

    Plaintiff - Appellant

v.

CITY OF GREENSBORO, N.C.; CHIEF BRIAN JAMES, acting in his official capacity and individual capacity; OFFICER ANDREW MULDOWNEY, acting in his official capacity as a CITY OF GREENSBORO, N.C. officer and individual capacity; OFFICER J. FEDER, acting in his official capacity as a CITY OF GREENSBORO, N.C. officer and individual capacity; OFFICER D. STOLLINGS, acting in his official capacity as a CITY OF GREENSBORO, N.C. police officer and individual capacity

    Defendants - Appellees

J U D G M E N T

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

    /s/ PATRICIA S. CONNOR, CLERK